| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

GREGORY A. MILTON,  §
　　　　　　　　　　　　　　　　§
　　　　Plaintiff,　　　　　　　　§
　　　　　　　　　　　　　　　　§
*versus*　　　　　　　　　　　　§　　CIVIL ACTION NO. 1:15-CV-139
　　　　　　　　　　　　　　　　§
UNITED STATES OF AMERICA,　　§
　　　　　　　　　　　　　　　　§
　　　　Defendant.　　　　　　　§

### MEMORANDUM ORDER ADOPTING
### THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Gregory A. Milton, proceeding *pro se*, filed the above-styled lawsuit. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of the court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion to dismiss filed by the defendant be granted.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge (#33) is **ADOPTED** as the opinion of the court. The motion to dismiss (#32) is **GRANTED**. An appropriate final judgment will be entered.

SIGNED at Beaumont, Texas, this 29th day of June, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE