| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

GREGORY A. MILTON, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:15-CV-139
§
UNITED STATES OF AMERICA, §
§
    Defendant. §

## MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Gregory A. Milton, proceeding *pro se*, filed the above-styled lawsuit pursuant to the Federal Tort Claims Act ("FTCA"). The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636 and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending a motion to dismiss filed by the defendant be granted.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation. The court must therefore conduct a *de novo* review of the objections in relation to the pleadings and the applicable law.

The defendant asserted this case was barred by the applicable statute of limitations. Title 28 U.S.C § 2401(b) requires a plaintiff to file a tort claims lawsuit within six months after the denial of his administrative claim by the appropriate federal agency. The magistrate judge concluded that as plaintiff filed this lawsuit more than six months after the date on which his administrative claim was denied, his claim was barred by limitations.

In his objections, plaintiff asserts he is entitled to equitable tolling. He correctly states that the pendency of a lawsuit between the same parties in the wrong forum can provide a basis for equitable tolling. *Teemac v. Henderson*, 298 F.3d 452, 457 (5th Cir. 2002). This rule, however,

only applies to the rare case where the parties have been litigating an action in state court when they discover they chose the wrong forum under state law. *Manning v. Chevron Chem. Co.*, 332 F.3d 874, 880 (5th Cir. 2003).

Plaintiff states he is entitled to equitable tolling because he originally filed his FTCA lawsuit in the United States District Court for the District of Columbia within six months of the date on which his administrative claim was denied. Based on *Manning*, however, the filing of plaintiff's lawsuit in another federal district court does not provide him with a basis for equitable tolling.

## ORDER

Accordingly, the objections filed by plaintiff in this matter (#37) are **OVERRULED**. The findings of fact and conclusions of law set forth in the report of the magistrate judge (#33) are correct, and the report of the magistrate judge is **ADOPTED**. The motion to dismiss (#32) is **GRANTED**. A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

SIGNED at Beaumont, Texas, this 5th day of September, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE